**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION**

| | |
|---|---|
| CUSTOM ACCESSORIES INC., )<br>)<br>)<br>   *Plaintiff*, )<br> v. )<br>)<br>PREMIER ACCESSORY GROUP, LLC, )<br>)<br>   *Defendant*. )<br>) | Civil Case No. 14-CV-09455<br><br>Honorable Joan H. Lefkow |

STIPULATION OF DISMISSAL

  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and 41(c), and pursuant to the Parties' confidential settlement agreement of this matter, all parties that have appeared hereby stipulate that the above-captioned action, including any counter-claims, be dismissed, with prejudice, with each party to bear its own attorneys' fees, costs and expenses.


By: _/s/ Gregory C. Bays_ Date: 9/10/15

Gregory C. Bays
Elias P. Soupos
Michael J. Brandt
LEYDIG, VOIT & MAYER, LTD.
Two Prudential Plaza, Suite 4900
180 North Stetson Avenue
Chicago, Illinois 60601
(312) 616-5600 (telephone)
(312) 616-5700 (fax)

*Attorneys for Plaintiff Custom Accessories, Inc.*

By: _/s/Michael F. Sarney_ Date: 9/10/15

Brian A. Bloom
Michael F. Sarney
MORITT HOCK & HAMROFF LLP
450 Seventh Avenue, 15th Floor
New York, N.Y. 10123

*Attorneys for Defendant Premier Accessory Group, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

Dated:  September 10, 2015                                                                  /s/ Elias P. Soupos